```
 1  Laurence D. King (SBN 206423)
    lking@kaplanfox.com
 2  Linda M. Fong (SBN 124232)
    lfong@kaplanfox.com
 3  KAPLAN FOX & KILSHEIMER LLP
    350 Sansome Street, Suite 400
 4  San Francisco, CA 94104
    Telephone:   415-772-4700
 5  Facsimile:   415-772-4707

 6  Lori S. Brody (SBN 150545)
    lbrody@kaplanfox.com
 7  KAPLAN FOX & KILSHEIMER LLP
    1801 Century Park East
 8  Suite 1460
    Los Angeles, CA 90067
 9  Telephone: 310-785-0800
    Facsimile: 310-785-0897
10
    Frederic S. Fox
11  ffox@kaplanfox.com
    Donald R. Hall
12  dhall@kaplanfox.com
    KAPLAN FOX & KILSHEIMER LLP
13  850 Third Avenue, 14th Floor
    New York, NY 10022
14  Telephone: 212-687-1980
    Facsimile: 212-687-7714
15
    Attorneys for Plaintiff Kim A.
16  Cosgrove
```

                        UNITED STATES DISTRICT COURT

                        CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM A. COSGROVE, on behalf herself and all those similarly situated, | Case No. 2:07-cv-07544 MMM PLA |
| | **[PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| SPIN MASTER, LTD., SPIN MASTER, INC. and MOOSE ENTERPRISES, | |
| Defendants. | |

(Note: "PROPOSED" is shown with strikethrough: [~~PROPOSED~~] ORDER)

---

[PROPOSED] ORDER                               Case No. 2:07-cv-07544-MMM-PLA

ORDER

1. Defendants Spin Master, Inc.'s and Spin Master, Ltd.'s time to respond, move, or otherwise plead is extended until 45 days after the JPML grants, denies, or otherwise disposes of the two pending motions to transfer. If a consolidated complaint is filed by all plaintiffs in a single transferee court, Spin Master, Inc.'s and Spin Master, Ltd.'s time to answer, move, or otherwise plead is extended until 45 days after service of the consolidated complaint.

2. All other dates and/or deadlines currently set by the Local Rules of the Central District of California, the Federal Rules of Civil Procedure, and Court order are hereby vacated until further order by this court or order of another court to which this action is transferred by the JPML.

3. No party shall be required to provide discovery until further order of this court or another transferee court, or until a conference pursuant to Fed.R.Civ.P. 26(f) has been held. However, this shall not be construed to prohibit the voluntary exchange of information between the parties.

DATED: February 15, 2008

_____
Hon. Margaret M Morrow
United States District Judge